# PD-0271-15

NO._____
IN THE TEXAS COURT OF CRIMINAL APPEALS

TYRECE LYNN COX

          APPELLANT,

VS.

STATE OF TEXAS.

          APPELLEE.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

## APPELLANTS MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW

1. Appellant's has been informed that his appeal has been affirmed and mandate has been issued on February 12, 2015 in the First Court of Appeal bearing cause number 01-13-00565-CR.

2. The gist of the Appellant's motion is that he is without the necessary tools to perfect his PDR such as court records of the proceedings and it would be impossible for the Appellant to have his PDR submitted within the mandatory thirty (30) days.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

3. Appellant counters that no party or party in interest would be prejudiced by this Motion and that the interest of justice so require that this court extend the time to allow the Appellant to seek from the District Court or former counsel court records to perfect the PDR.

WHEREFORE PREMISE CONSIDERED, Appellant pray that this motion be granted.

Respectfully submitted,

Tyrece Lynn Cox
#01857602
1391 FM 3328
Tennessee Colony, Texas 75880

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was mailed this 5th day of March 2015 postage prepaid by placing same in mail and copy mailed to the Clerk of the Court of the Texas Court of Criminal Appeals and the Office of the District Attorney Galveston County located at 600 59th Street, Ste. 1001, Galveston, Texas 77551

Tyrece Lynn Cox

Tyrece Lynn Cox
# 01857602
1391 FM 3328
Tenn Colony TX 75880

Clerk Texas Court of Crem
appeals
P.O. Box 12308
Austin, Tx
78711-2308

NORTH TEXAS TX PROC
DALLAS TX 750
06 MAR 2015 PM 9 L